**FILED**

JUN -4 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-09-008 (CMK) |
| Plaintiff, | PROPOSED ORDER |
| v. | |
| JEFFREY B. ARNOLD | |
| Defendant. | |

Upon consideration of defendant's Motion to Extend Self-Surrender Date it is hereby:

ORDERED, that defendant's Motion to Extend Self-Surrender Date is GRANTED; and it is further,

ORDERED, that the defendant, Jeffrey B. Arnold, surrender to the facility designated by the Bureau of Prisons, or to the United States Marshal Service by 2:00 p.m. on July 9, 2010.

DATE: 6/4/10

_____
Dale A. Drozd
United States Magistrate Judge

1